UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5988**

Case Title: **United States** vs. **Luis Colindres**

List all clients you represent in this appeal:

**Luis Colindres**

☑ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☑ Criminal Justice Act
☐ Appellee    ☐ Respondent    ☐ Intervenor        (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Valentine C. Darker**    Signature: s/ **Valentine c. Darker**

Firm Name: **Darker Law, PLLC**

Business Address: **1470 Monroe Avenue**

City/State/Zip: **Memphis, TN  38104**

Telephone Number (Area Code): **901-355-6443**

Email Address: **tatine@darkerlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17