No. 23-5988

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 10, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| LUIS COLINDRES, ) | |
| ) | |
| Defendant-Appellant. ) | |

The defendant appeals his judgment in a criminal case, following a guilty plea, for conspiracy to participate in racketeering activity, conspiracy to distribute and possession with intent to distribute cocaine and marijuana, conspiracy to commit murder in aid of racketeering, witness tampering, obstruction of justice, and destruction of evidence. The clerk appointed Ms. Valentine Cole Darker to represent the defendant on appeal. Ms. Darker moves to withdraw and to appoint Ms. Agatha Cole in her place.

Upon review, the motion to withdraw is **GRANTED**, and Ms. Darker is relieved from further responsibility on appeal. Further, and noting that Ms. Cole is on the Court's Criminal Justice Act Panel, the motion to appoint Ms. Cole is **GRANTED**, and she is hereby appointed under the Criminal Justice Act, 18 U.S.C. § 3006A.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk