UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **23-5988**

Case Title: **United States** vs. **Luis Colindres**

List all clients you represent in this appeal:

**Luis Colindres**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☑ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Valentine C. Darker**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Agatha M. Cole**   Signature: s/ **Agatha M. Cole**

Firm Name: **Beverly PLLC**

Business Address: **43 West 43rd Street, Suite 159**

City/State/Zip: **New York, NY 10036**

Telephone Number (Area Code): **(828) 773-2628**

Email Address: **agatha@beverlypllc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17