Case No. 23-5988

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

## UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

## LUIS COLINDRES,

*Defendant-Appellant.*

---

## UNOPPOSED MOTION FOR A 45-DAY EXTENSION OF TIME TO FILE APPELLANT'S PRICIPAL BRIEF

---

Pursuant to Rule 26 of the Federal Rules of Appellate Procedure, Fed. R. App. P. 26(a), and corresponding provisions of the Sixth Circuit Rules, 6 Cir. R. 26(a)(2), the undersigned counsel respectfully moves for a 45-day extension of the briefing schedule, for good cause, and with the consent of all parties. This extension is necessary in light of the complexity of this appeal, which involves a voluminous record, and to allow for further consultation with Mr. Luis Colindres (Appellant-Defendant), who is presently incarcerated, and his prior counsel in this matter. The Government has provided its consent to the requested

extension, and it is the first such request for an extension of the briefing schedule in this case.

Accordingly, the undersigned counsel respectfully requests an additional 45 days for the preparation and filing of Appellant's Principal Brief, extending the deadline up to and including November 7, 2024.

Date: September 18, 2024
New York, NY

Respectfully submitted,

By: /s/ *Agatha M. Cole*

Agatha M. Cole
BEVERLY PLLC
43 West 43rd Street, Suite 159
New York, NY 10036
(828) 773-2628
agatha@beverlypllc.com

*Counsel for Appellant-Defendant,*
*Luis Colindres*