# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 14, 2025

Ms. Agatha M. Cole
Beverly
43 W. 43rd Street
Suite 159
New York, NY 10036

Mr. Rascoe S. Dean
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

Mr. Nicholas Julian Goldin
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

Re:  Case No. 23-5988, *USA v. Luis Colindres*
     Originating Case No.3:18-cr-00293-8

Dear Counsel,

The appellant's motion to extend time to file corrected brief is **GRANTED.** The corrected brief is accepted as timely filed.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032