Case No. 23-5988/24-5610/24-5626/24-5641

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LUIS COLINDRES; JORGE FLORES; KEVIN TIDWELL; JOSE PINEDA-CACERES

    Defendants - Appellants

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. The appellee shall file one consolidated brief containing all case numbers.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: January 31, 2025