# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| United States of America | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 23-5988 |
| | ) | |
| Luis Colindres | ) | |

## PLAINTIFF-APPELLEE'S FIRST MOTION TO EXTEND TIME TO FILE ITS BRIEF

Plaintiff-Appellee the United States, by and through undersigned counsel, respectfully requests that the deadline to file its brief in the above-captioned case be extended by thirty days, up to and including April 2, 2025, to give undersigned counsel adequate time to prepare the government's response. In support of this motion, the United States submits as follows:

1. On January 31, 2025, this Court consolidated this case along with those of Colindres' co-defendants (Case Nos. 24-5610, 24-5626, and 24-5641), and set a deadline of March 3, 2025, for the United States to file its consolidated Appellee's Brief.

2. The United States anticipates filing a motion to dismiss Colindres' appeal based on the appellate waiver provision of his plea agreement.

3. Accordingly, when the United States recently moved for a 60-day briefing extension in the co-defendants' cases (Case Nos. 24-5610, 24-5626, and 24-5641), counsel for the United States did not request that the instant case be

included in that extension. That request for an extension was granted and the United States' consolidated brief in the co-defendants' cases is presently due May 2, 2025.

For these reasons, the United States now requests a 30-day extension of the deadline to file its brief in the instant case (No. 23-5988), during which time the United States anticipates that it will complete and file a motion to dismiss Colindres' appeal.

        Respectfully submitted,

        ROBERT E. McGUIRE
        Acting United States Attorney for the
        Middle District of Tennessee

        */s/ Nicholas J. Goldin*
        NICHOLAS J. GOLDIN
        RASCOE DEAN
        Assistant United States Attorneys
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203
        615-736-5151

## Certificate of Service

      I hereby certify that, on February 27, 2025, a true and exact copy of the foregoing document was served via the Court's electronic filing system on:

Agatha M. Cole
Beverly PLLC
43 W. 43rd Street, Suite 159
New York, NY 10036
828-773-2628

                                          */s/ Nicholas J. Goldin*
                                          NICHOLAS J. GOLDIN
                                          Assistant United States Attorney