# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 02, 2025

Ms. Agatha M. Cole

Mr. Rascoe S. Dean

Mr. Nicholas Julian Goldin

      Re:  Case No. 23-5988, *USA v. Luis Colindres*
            Originating Case No. 3:18-cr-00293-8

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                              Sincerely yours,

                              s/Virginia Lee Padgett
                              Case Manager
                              Direct Dial No. 513-564-7032