No. 23-5988

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 2, 2025
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

   Plaintiff-Appellee,

v.

LUIS COLINDRES,

   Defendant-Appellant.

Before: SILER, KETHLEDGE, and DAVIS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED, and that this matter is DISMISSED.

        ENTERED BY ORDER OF THE COURT

        Kelly L. Stephens, Clerk